NAVARONE PRODUCTIONS, N.V., Plaintiff, v HSBC GIBBS GULF INSURANCE CONSULTANTS LIMITED et al., Defendants. SONY PICTURES ENTERTAINMENT, INC., Interpleading Plaintiff-Respondent, v NAVARONE PRODUCTIONS, N.V., et al., Interpleaded Defendants-Respondents, and WILLIAM RAMBAUM, as Personal Representative of the Estate of EBERHARD KUEHL, Deceased, Interpleaded Defendant-Appellant, et al., Interpleaded Defendants.

Submitted October 19, 2009; decided January 14, 2010

Reported below, 65 AD3d 868.

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.